```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  LAUREL J. MONTOYA
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11
                                      )   CASE NO. 1:12-MJ-00260-DLB
12  UNITED STATES,                    )
                                      )
13          Plaintiff,                )
                                      )   ORDER TO UNSEAL
14      v.                            )   COMPLAINT
                                      )
15  ROBERT AVILA NUNEZ,               )
                                      )
16          Defendant.                )
                                      )
17
18
19       This Complaint was sealed by Order of this Court pursuant to
20  Rule 6(e) of the Federal Rules of Criminal Procedure.
21       IT IS HEREBY ORDERED that the case be unsealed and be made
22  public record.
23
24  DATED: 11/5/12
                                          _____
25                                        DENNIS L. BECK
                                          United States Magistrate Judge
26
27
28
```



FILED

NOV 0 5 2012



CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK